374 A.2d 534

COMMONWEALTH of Pennsylvania

v.

Donald M. RIVIERA, Appellant.

Supreme Court of Pennsylvania.

Argued May 24, 1977.

Decided June 22, 1977.

Eugene R. Campbell, Smith & McCleary, York, for appellant.

Donald L. Reihart, Dist. Atty., Sheryl Ann Dorney, York, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.